IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    :
                            :
        v.                  :        1:09CR72-1
                            :
RONALD WAYNE BRYANT         :

**ORDER**

On April 25, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 48 and 49.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Petitioner's Letter Motions (Docs. 42, 43 and 44) related to his efforts to have the detainer against him removed are **DENIED** for being moot.

This the 4th day of June, 2013.

_____
United States District Judge